**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*John S. Crosby*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*john.crosby@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 353-6023*

October 29, 2026

**BY ECF**
Hon. Julien Xavier Neals, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Nelson v. DHS, et al.*, No. 26-08609 (JXN)**
**Extension Request on Consent**

Dear Judge Neals:

This Office represents Defendants in the above-referenced immigration matter. We write with the consent of Plaintiff's counsel, Brian Jacobi, Esq., to respectfully request a 45-day extension of Defendants' deadline to answer the petition, from October 30, 2026 to December 14, 2026.

We respectfully contend that good cause exists to grant this extension because United States Citizenship and Naturalization Services ("USCIS") informed this Office that Plaintiff is scheduled for an asylum interview on November 2, 2026. During this period of time, USCIS will endeavor to moot this action by adjudicating Plaintiff's asylum application. Defendants were previously granted a 14-day Clerk's extension of this deadline pursuant to Local Civil Rule 6.1(b).

If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: */s/ John S. Crosby*
JOHN S. CROSBY
Assistant United States Attorney
*Attorneys for Defendants*

cc: Counsel of record (via ECF)

**So ORDERED on 10/30/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**